68 650
Case 1
a170 NY 105

The People of the State of New York ex rel. "Board of Commissioners for the Erection of a New Court House in Oneida County," and Others, Respondents, v. The Board of Supervisors of Oneida County, Appellant.— Order affirmed, with ten dollars costs and disbursements, on opinion of Andrews, J., delivered at Special Term (reported in 36 Misc. Rep. 597). All concurred.

Cora M. Ellis, Respondent, v. Mary A. Pardee, Individually and as Administratrix, etc., of John A. Teubert, Deceased, and Others, Appellants.— Judgment affirmed, with costs. All concurred.

E. Torrance Lamb, Appellant, v. William H. Burns, Respondent.— Order affirmed, with costs. All concurred.

Quincy Van Voorhis, Respondent, v. Charles Enos, Appellant.— Judgment affirmed, with costs. All concurred.

Henry Wilson Hall, Appellant, v. Fall Brook Railway Company, Respondent. — Judgment and order affirmed, with costs. All concurred.

John Dunn, as Administrator, etc., of William Dunn, Deceased, Appellant, v. The New York Central and Hudson River Railroad Company, Respondent.—Judgment affirmed, with costs. All concurred.

W. A. Doubleday Company, Respondent, v. Matilda McDowell, Appellant.— Judgment affirmed, with costs. All concurred.

Herbert V. Eighme, Appellant, v. Albert Eighme and Others, Respondents.— Judgment affirmed, with costs. All concurred.

Catherine E. Mahaney, Respondent, v. Margaret Carr, Appellant, Impleaded with Others.— Judgment affirmed, with costs. All concurred.

David H. Porter, Respondent, v. Samuel Caldwell, Appellant.—Order affirmed, with ten dollars costs and disbursements. All concurred.

Roy C. Brennan, an Infant, etc., v. William Roberts.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs.

68 650
Case 12
r174 NY 108

Israel Mead, Respondent, v. Ernest V. Dunlevie, Appellant.— Judgment affirmed, with costs. All concurred, except McLennan and Williams, JJ., dissenting upon the ground that the parol evidence objected to was inadmissible.

68 650
Case 13
a173 NY 613

The People of the State of New York, Respondent, v. Henry G. Wise, Appellant.— Defendant's exceptions overruled and motion for new trial denied and judgment ordered upon the verdict, with costs. All concurred.

68 650
Case 14
s173 NY 603
a174 NY 513

Frances C. Schuyler, as Administratrix, etc., of Fred C. Schuyler, Deceased, Appellant, v. The New York Central and Hudson River Railroad Company, Respondent.— Judgment and order reversed and new trial ordered, with costs to the appellant to abide the event. Held, that the evidence presented questions of fact which should have been submitted to the jury. All concurred.

William Wallace Manning, an Infant, v. Genesee River and Lake Ontario Steam Boat Company.— Motion for reargument denied, with ten dollars costs.

George W. Spaulding, an Infant, by Mary A. Spaulding, his Guardian ad Litem, Respondent, v. John J. Gettman and J. Milford Andrews, Appellants.— Judgment and order affirmed, with costs. McLennan, Spring, Williams and Davy, JJ., concurred; Hiscock, J., not sitting.

William M. Brown, Appellant, v. Alvin J. Belden, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Sarah Sapery and Hyman Sapery, Appellants, v. Benjamin Lowenstein and Moses Lowenstein, Respondents. — Judgment affirmed, with costs. All concurred, except Hiscock, J., not voting.

The People of the State of New York, Respondent, v. William T. Mullin, Appellant. — Judgment of conviction affirmed. All concurred.

68 6
Case 20
a174 NY 8

New York Central Iron Works Company, Respondent, v. United States Radiator Company, Appellant.— Judgment affirmed, with costs. All concurred.

Arthur Rogers, Respondent, v. Henry Holmes, Appellant.— Judgment and order affirmed, with costs. All concurred; Davy J., not sitting.

Laura Hoffman, Appellant, v. Syracuse and Suburban Railroad Company, Respondent.— Order affirmed, with costs. Held, that the plaintiff was bound to tender to the defendant the amount of money received in settlement of her cause of action before commencing this suit thereon. All concurred.

John H. Woolson, as Sole Surviving Administrator, etc., of Mary Jane Balmer, Deceased, Respondent, v. Henry H. Helms, Appellant, Impleaded with Others.— Judgment affirmed, with costs. All concurred.

Albert Wilson, Respondent, v. Town of Wilson, Appellant.—Judgment and order affirmed, with costs. All concurred.

Norman K. Graves, as Administrator, etc., of Felix Isenecker, Deceased, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant.—Judgment and order reversed and new trial ordered, with costs to the appellant to abide the event, unless the plaintiff stipulates to reduce the verdict to the sum of $7,000, in which event the judgment and order as so modified affirmed, without costs of this appeal to either party. All concurred.

Caroline H. Howard et al. v. Walter G. Robbins et al.— Motion for leave to appeal to the Court of Appeals granted, and questions certified filed with the clerk.

Charles Strucks, Respondent, v. Anna Corning, Appellant.— Judgment and order affirmed, with costs. All concurred.

Rollin H. Smith, as Administrator, etc., of Christopher B. Leigh, Deceased, Respondent, v. James A. Richmond and Another, as Executors, etc., of Alvin Richmond, Deceased, and Others, Defendants, Impleaded with Myron G. Bronner, as Trustee of Peter B. Leigh, Appellant.— Interlocutory judgment affirmed, with costs. All concurred.

Matthew McKnight, Respondent, v. The Cliff Paper Company, Appellant.—Judgment and order affirmed, with costs. All concurred.

Joseph Dushan, Appellant, v. Rochester Wheel Company, Respondent.— Plaintiff's exceptions overruled, motion for new trial denied and judgment ordered for the defendant on the nonsuit, with costs. All concurred, except Williams, J., dissenting.

Charlotte Schosek, Appellant, v. The Village of Hamburg, Respondent.— Judgment and order reversed and new trial ordered, with costs to the appellant to abide event. Held, that the question of defendant's negligence and plaintiff's freedom from contributory negligence were questions of fact for the jury. All concurred.

Charles O. Weston, Respondent, v. John P. Weston, Appellant. (Action No. 2.) — Order affirmed, with ten dollars costs and disbursements. All concurred.

Estella Alexander, Respondent, v. Sarah A. Crawford, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.

The People of the State of New York, Respondent, v. Joseph Simnacher, Appellant.— Judgment of conviction reversed and case